UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


LUTHER ARTHUR HORN, III,
        Petitioner,

vs.                                                         Case No.:  3:20cv3659/LAC/EMT

MARK S. INCH,
        Respondent.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on December 8, 2020 (ECF No. 24).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.      The chief magistrate judge's Report and Recommendation (ECF No. 24) is adopted and incorporated by reference in this order.

2.    The Respondent's motion to dismiss (ECF No. 16) is **GRANTED**; and the petition for writ of habeas corpus (ECF No. 1) is **DISMISSED** as untimely.

3.    A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 7th day of January, 2021.


      s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**